# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**UNITED STATES OF AMERICA,**
        **Plaintiff,**

   v.                                                Case Number 2:22-cr-4
                                                    Judge Edmund A. Sargus, Jr.

**DEMETRIUS DARNELL THOMAS,**
        **Defendant.**

---

**TAKE NOTICE** that a proceeding in this case has been set for the place, date and time set forth below:

Place:      United States District Court
             Joseph P. Kinneary U.S. Courthouse     **Courtroom Number 311**
             85 Marconi Boulevard                           **May 15, 2025 at 2:00 p.m.**
             Columbus, Ohio 43215

TYPE OF PROCEEDING: **Final Revocation Hearing**

If the Defendant is on bond, it is the responsibility of counsel to notify the defendant of the hearing, date, location and time.


                                                      **EDMUND A. SARGUS, JR.**
                                                      **UNITED STATES DISTRICT JUDGE**

DATE:  May 6, 2025

                                                     /s /   Christin M. Werner
                                                  (By) Christin M. Werner, Deputy Clerk